| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

CLARENCE ROBINSON, JR.,　§
　　　　　　　　　　　　　　§
　　　　Petitioner,　　　　§
　　　　　　　　　　　　　　§
*versus*　　　　　　　　　§　　CIVIL ACTION NO. 1:11-CV-171
　　　　　　　　　　　　　　§
UNITED STATES OF AMERICA,　§
　　　　　　　　　　　　　　§
　　　　Respondent.　　　　§

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Clarence Robinson, Jr., an inmate confined at the U.S. Penitentiary in Coleman, Florida, proceeding *pro se* and *in forma pauperis*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court.[1]  The Magistrate Judge recommends this action be dismissed.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the report and recommendation have been filed by either party to date.

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**.  A final judgment will be entered

---

[1] On April 8, 2011, this action was originally referred to the Honorable Earl S. Hines, United States Magistrate Judge.  The case was reassigned to the Honorable Zack Hawthorn on August 8, 2011.

in this case in accordance with the Magistrate Judge's recommendation.

SIGNED at Beaumont, Texas, this 30th day of September, 2011.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE